

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00878-CR

Ricardo **DE LA O**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR0309
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 22, 2023.

Luz Elena D. Chapa, Justice